**BUILDING TRADES UNITED PENSION TRUST FUND,**
**and DOUG EDWARDS (in his capacity as Trustee),**

      Plaintiffs,

v.                                              Case No.  23-cv-1096

**R.L. DAVIS CONTRACTING SERVICES, LLC,**

      Defendant.

## MOTION FOR ENTRY OF JUDGMENT
## PURSUANT TO RULE 55(b)(2) OF THE FED. R. CIV. P.

NOW COME the Plaintiffs, Building Trades United Pension Trust Fund and Doug Edwards (in his capacity as Trustee), by and through their attorneys, The Previant Law Firm, S.C., and pursuant to Fed. R. Civ. P. 55(b)(2) respectfully request and apply to the Court for its order for default judgment as to the Plaintiffs' complaint against R.L. Davis Contracting Services, LLC, seeking unpaid contributions, interest, liquidated damages, and reasonable attorney fees and costs.

Plaintiffs submit their Affidavit in Support of Motion for Default Judgment, Affidavit of Alex J. Sterling, and Affidavit of Stephanie Brester along with this Motion for Entry of Default Judgment.

Dated this 2nd day of February, 2024.

/s/ Alex J. Sterling
Alex J. Sterling (SBN: 1109731)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
414-223-0417 (Telephone)
414-271-6308 (Fax)
Email: ajs@previant.com
Attorneys for Plaintiffs