# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

**BUILDING TRADES UNITED PENSION TRUST FUND,**
**and DOUG EDWARDS (in his capacity as Trustee),**

    **Plaintiffs,**

    v.        Case No. 23-cv-1096

**R.L. DAVIS CONTRACTING SERVICES, LLC,**

    **Defendant.**

## ORDER AND ENTRY OF JUDGMENT

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant R.L. Davis Contracting Services, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant R.L. Davis Contracting Services, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Fund.

3. Due to Defendants' failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4. Based on the affidavits submitted by Plaintiffs in support of default judgment, the Court assesses the following damages:

- Contributions in the amount of $13,498.10;
- Liquidated damages in the amount of $2,915.36;
- Interest in the amount of $11,463.55;
- Attorney Fees in the amount of $1,116.00; and
- Costs of prosecution in the amount of $464.50.

5. **IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund and Doug Edwards (in his capacity as Trustee), against Defendant R.L. Davis Contracting Services, LLC in the amount of $29,457.51 together with interest at the rate allowed by law.

Entered this 10th day of June, 2024.

BY THE COURT:

/s/ Lynn Adelman
_____
United States District Judge

- 2 -

Case 2:23-cv-01096-LA   Filed 06/10/24   Page 2 of 2   Document 10